**JUDGE CHIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAIDU, INC. and BEIJING BAIDU NETCOM
SCIENCE & TECHNOLOGY CO., LTD.,

           Plaintiffs,

v.

REGISTER.COM, INC.

           Defendant.

---

10 CV 444

Civil Action No. 10 CV ____

**ORDER TO SHOW CAUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/10

Upon the Declaration of Carey R. Ramos, Esq., dated January 19, 2010, and good cause having been shown, it is hereby:

~~ORDERED that Register.com show cause at a hearing to be held in this Court before the Honorable _____, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom ___, New York, New York 10007, on _____, 2010, at ____ __.m. why an order should not be entered granting Baidu's motion to file its Complaint under seal.~~

ORDERED that the clerk shall file Baidu's Complaint under seal pending further order of the Court (i.e., the assigned judge), and ~~resolution at the hearing, or in the alternative~~

ORDERED that the clerk shall file the redacted Complaint, in the Court's public file.

~~FURTHER ORDERED that delivery by hand of this Order to Show Cause on Register.com's primary place of business in New York at 575 Eighth Avenue, 8th Floor, New York, New York 10018 shall be deemed good and sufficient service.~~

Dated: New York, New York
    1/19, 2010

_____
Honorable *Denny Chin*
United States District Judge

Part I