```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAIDU, INC. and BEIJING BAIDU NETCOM SCIENCE & TECHNOLOGY CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> REGISTER.COM, INC. <br><br> Defendant. | Civil Action No. 10 CV 444 (DC) <br><br> ~~[PROPOSED]~~ ORDER <br> <u>UNSEALING COMPLAINT</u> |

Good cause having been shown, *and with the consent of both sides,* it is hereby:

ORDERED that the Complaint in the matter of Baidu, Inc. v. Register.com, Inc., No. 10 CV 444(DC), be unsealed in its entirety, and that the Clerk shall file an unsealed copy of the Complaint on the public record.

~~FURTHER ORDERED that delivery by hand of this Order on Register.com's counsel, Orin Snyder, at 200 Park Avenue, New York, New York 10166 shall be deemed good and sufficient service.~~

Dated: New York, New York
2/11, 2010

_____
Honorable Denny Chin
United States District Judge