UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BAIDU, INC. and BEIJING BAIDU NETCOM
SCIENCE & TECHNOLOGY CO., LTD.,

           Plaintiffs,

v.

REGISTER.COM, INC.,

           Defendant.

------------------------------------- x

<u>*ORAL ARGUMENT REQUESTED*</u>

No. 10 Civ. 444 (DC)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Orin Snyder executed on March 10, 2010, the annexed Declaration of Roni Jacobson executed on March 10, 2010, the accompanying Memorandum of Law, and all other papers served or filed herein, the Defendant Register.com, by its undersigned attorneys, will move this Court, before the Honorable Denny Chin, United States District Judge for the Southern District of New York, at a time and date to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint.

Dated: New York, New York
       March 10, 2010

                                           GIBSON, DUNN & CRUTCHER LLP

                                           By: _____
                                                 Orin Snyder (OS-3122)
                                                 Alexander H. Southwell (AS-0997)

200 Park Avenue, 47th Floor
New York, New York 10166-0193

Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for Defendant Register.com, Inc.*

TO: Carey Ramos
Marc Falcone
Miriam Glaser
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Plaintiffs Baidu, Inc. and Beijing Baidu Netcom Science and Technology Co., Ltd.*

100826369_1