UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BAIDU, INC. and BEIJING BAIDU NETCOM
SCIENCE & TECHNOLOGY CO., INC.,

         Plaintiff,

    v.

REGISTER.COM, INC.,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 10 Civ. 444 (DC)

DECLARATION OF ORIN SNYDER

I, Orin Snyder, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel for Register.com, Inc. I am a member in good standing of the Bar of the State of New York and the United States District Court for the Southern District of New York. I respectfully submit this declaration in support of Register's motion to dismiss.

2. Attached as Exhibit A is a true and correct copy of a printout from Register's Web site reflecting background information on Register and its services and awards as it appeared on its Web site on March 8, 2010.

3. Attached as Exhibit B is a true and correct copy of relevant pages from Plaintiff Baidu, Inc.'s Annual Report, Form 20-F, as filed with the Securities and Exchange Commission on April 9, 2009.

4. Attached as Exhibit C is a true and correct copy of an article authored by David Barboza entitled "The Rise of Baidu (That's Chinese for Google)," published in the New York Times on September 7, 2006.

5.      Attached as Exhibit D is a true and correct copy of relevant pages from Plaintiff Baidu, Inc.'s Registration Statement, Form F-1, as filed with the Securities and Exchange Commission on July 12, 2005.

6.      Attached as Exhibit E is a true and correct copy of an article authored by Miguel Helft entitled "Google's Threat Would Mean Giving Up a Lucrative Market," published in the New York Times on January 13, 2010.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated: New York, New York
       March 10, 2010

_____
Orin Snyder

100826289_1.DOC