# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Orin Snyder
Direct 212.351.2400
Fax 212.351.6335
OSnyder@gibsondunn.com

Client T 79739-00002

August 12, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/12/10
```

VIA FACSIMILE
The Honorable Denny Chin
United States Circuit Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Baidu, Inc. v. Register.com, Inc., 10 Civ. 444 (DC)

Dear Judge Chin:

　　　We represent Defendant Register.com, Inc. in the above-referenced case.  I respectfully submit this letter, with consent of counsel for Plaintiff Baidu.com, Inc., to request that the Court reschedule the pretrial conference currently scheduled for August 25, 2010 at 10:00 a.m., as I now must be out of town that day.  I have conferred with Plaintiff's counsel about his availability and we jointly propose any day the week of September 13, 2010, except the morning of September 16, 2010, that is convenient for the Court.  We would be pleased to propose alternative dates if the Court requests.

　　　I thank Your Honor for the kind consideration of this request.

Respectfully submitted,

Orin Snyder

OS/arg

cc:  Carey R. Ramos, Esq.

*Approved.*
*Adjourned to*
*September 15, 2010,*
*at 10:30 a.m.*
*So ORDERED.*

*USCJ*

100917955_1.DOC

Brussels · Century City · Dallas · Denver · Dubai · London · Los Angeles · Munich · New York · Orange County
Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.