```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-6-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Baidu, Inc. and Beijing Baidu Netcom Science & Technology Co., Inc.,

        Plaintiff,

v.

Register.com, Inc.,

        Defendant.

10 Civ. 444 (DC)

STIPULATION AND PROPOSED ORDER OF DISCONTINUANCE WITH PREJUDICE

---

This matter having come before the Court on the pleadings of record and it being represented that Plaintiffs Baidu, Inc. and Beijing Baidu Netcom Science & Technology Co., Inc. ("Baidu") and Defendant Register.com, Inc. ("Register.com") have reached final agreement on settlement of all claims brought in this action and, based upon such agreement and the consent and approval of the parties, Baidu and Register.com, through their respective attorneys,

IT IS HEREBY STIPULATED AND AGREED as follows:

1.    This Court has specific personal jurisdiction over Baidu and Register.com with respect to this action, and also has jurisdiction over the subject matter of this action.

2.    This action, including all claims made by Baidu against Register.com, is hereby dismissed with prejudice.

3.    Each party shall bear its own costs and attorneys' fees.

Dated: New York, New York
       November 29, 2010



By: *[signature]*
Carey R. Ramos

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
cramos@paulweiss.com

*Attorney for Plaintiffs Baidu, Inc. and
Beijing Baidu Netcom Science &
Technology Co., Ltd.*

By: *[signature]*
Orin Snyder

GIBSON, DUNN & CRUTCHER LLP

200 Park Avenue
New York, NY 10016
Phone: (212) 351-4000
OSnyder@gibsondunn.com

*Attorney for Defendant Register.com,
Inc.*

SO ORDERED: *[signature]*
United States Circuit Judge

12/6/10

2